# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRANCE TY'RELL CARVIN

NO. 2022 KW 0648

**AUGUST 10, 2022**

---

In Re: Terrance Ty'rell Carvin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 629,824.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT APPLICATION DISMISSED** at relator's request.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT